UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MAY 13, 2025 SESSION

**FILED**

**MAY 1 4 2025**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:25-cr-00095
                                      18 U.S.C. § 1014
                                      18 U.S.C. § 2
XAVIER BOOKER

I N D I C T M E N T

The Grand Jury Charges:

On or about November 27, 2024, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant XAVIER BOOKER aided and abetted other persons both known and unknown to the Grand Jury, in the knowing making of a false statement and report to a federal credit union for the purpose of influencing in any way the action of the federal credit union, that is, after a false loan application was submitted to a federal credit union, defendant XAVIER BOOKER, acting under the direction of other persons both known and unknown to the Grand Jury, presented to the federal credit union a false North Carolina driver's license bearing the name of M.S., an actual person, for the purpose of collecting loan proceeds fraudulently applied-for in M.S.'s name.

In violation of Title 18, United States Code, Sections 1014 and 2.

LISA G. JOHNSTON
Acting United States Attorney

By:    *[signature: Jennifer D. Gordon]*
JENNIFER D. GORDON
Assistant United States Attorney